**PAUL J. FISHMAN**
United States Attorney
**VALORIE D. SMITH**
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel.: 973-645-2511
Fax: 973-297-2010
Email: valorie.d.smith@usdoj.gov

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.,* WILLIAM M. MCCORMICK, *ET AL.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION, <br><br> *Defendant.* | Hon. Joseph H. Rodriguez <br><br> Civil Action No. 15-1117 (JHR) <br><br> Unsealing Order <br><br> ***FILED IN CAMERA AND UNDER SEAL*** |

The Relators in this matter having filed a Notice of Voluntary Dismissal pursuant to F.R.C.P. 41(a)(1)(A)(i), and the United States of America ("United States") through its counsel, PAUL J. FISHMAN, United States Attorney, District of New Jersey, VALORIE D. SMITH, Assistant United States Attorney, appearing, having consented to said dismissal, without prejudice to the United States, as required pursuant to 31 U.S.C. § 3730(b)(1), and the United States, through letter application to the Court, requesting that the matter accordingly be unsealed, the Court rules as follows:

IT IS on this 21st day of December, 2015;

ORDERED that ***only*** the Complaint, the Relators' Notice of Voluntary Dismissal, and this

Unsealing Order be unsealed and made public. All other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States for an extension of the sixty-day investigative period or for any other reason, oppositions filed by the United States in response to the Relator's motions, reply briefs, memoranda, and/or any supporting documents) shall remain under seal and not be made public; and it is further

ORDERED that the matter is dismissed in its entirety without prejudice as to the United States; and it is further

ORDERED that the Clerk of the Court close this action.

_____
Hon. Joseph H. Rodriguez
United States District Judge